IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| G. "J" D., by and through his Parents, G.D. and M.D. | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| WISSAHICKON SCHOOL DISTRICT | : | NO. 10-1586 |
| Defendant. | : | |

## ORDER

AND NOW, this 14th day of June, 2011, upon consideration of Defendant's Motion for Judgment on the Administrative Record (ECF No.13), and of Plaintiffs' Response in Opposition to Defendant's Motion for Judgment on the Administrative Record and Cross-Motion for Judgment on the Administrative Record (ECF No. 14), it is hereby ORDERED that Defendant's Motion is DENIED and Plaintiffs' Cross-Motion is GRANTED. Final judgment is entered in favor of Plaintiffs and against Defendant.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\10-1586 D v. Wissahickon\D v. Wissahickon 10-1586 Order .wpd